IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00750-BNB

REGINALD S. CARR,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS,
MR. LAPPIN, Director,
MR. BLAKE R. DAVIS, Warden,
MR. J. FOX, Associate Warden of Programs,
MR. J. JONES, Associate Warden of Security,
MR. R. BAUER, Health System Administrator,
MR. COLLINS, Unit Manager, and
MS. FLUCH, Case Manager,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Appointment of Counsel" and "Motion for Depositions and Discovery . . .," both of which were filed on April 1, 2010, are DENIED as premature. Plaintiff's "Motion Requesting That Defendants All Be Charged Under Title 18 U.S.C. s. 242 Deprivation of Rights Under Color of Law" filed on April 1, 2010, is DENIED.

Dated: April 26, 2010