IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00750-BNB

REGINALD S. CARR,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS,
MR. LAPPIN, Director,
MR. BLAKE R. DAVIS, Warden,
MR. J. FOX, Associate Warden of Programs,
MR. J. JONES, Associate Warden of Security,
MR. R. BAUER, Health System Administrator,
MR. COLLINS, Unit Manager, and
MS. FLUCH, Case Manager,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 24 2010

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

In an order filed on May 18, 2010, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing restriction in § 1915(g). The Court also ordered Plaintiff to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed to pay the filing fee within thirty days.

Plaintiff has failed to pay the filing fee within the time allowed and he has failed to respond in any way to the Court's May 18 order. Therefore, the complaint and the action will be dismissed for failure to pay the filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed to pay the filing fee.

DATED at Denver, Colorado, this __24th__ day of __June__, 2010.

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00750-BNB

Reginald S. Carr
Reg No. 23755-044
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 6/24/10

GREGORY C. LANGHAM, CLERK

By _____
          Deputy Clerk